EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
HARRY T. GOWER, III
Deputy Attorney General, State Bar No. 170784
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5480
E-mail: Harry.Gower@doj.ca.gov

Attorneys for Defendants Hons Yung, Tess Cyndecki, Jennifer Ngo-Chan and Linda Gorham

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ERNEST JACKSON and DAILY JACKSON,**<br>Plaintiffs,<br>v.<br>**CITY AND COUNTY OF SAN FRANCISCO; HONS YUNG; TESS CYNDECKI; JENNIFER NGO-CHAN; LINDA GORHAM; DEPUTY YOUNG; ANNA PAYNE; DON GARCIA; and DOES 1-40, inclusive,**<br>Defendants. | Case No. CV 08 2588 CW<br>**NOTICE OF ASSIGNMENT OF ATTORNEY FOR DEFENDANTS HONS YUNG; TESS CYNDECKI; JENNIFER NGO-CHAN; AND LINDA GORHAM** |

TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that defendants Hons Yung, Tess Cyndecki, Jennifer Ngo-Chan and Linda Gorham are being represented in this action by:

HARRY T. GOWER, III (SBN 170784)
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

///

Defendants Hons Yung, Tess Cyndecki, Jennifer Ngo-Chan and Linda Gorham have appeared by the above-named counsel in the California Superior Court action that was removed to this Court on May 22, 2008.

Defendants respectfully request that their counsel be served with all papers generated by the Court in this action to date.

Dated: June 17, 2008

EDMUND G. BROWN JR., Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
HARRY T. GOWER, III
Deputy Attorney General

By: /s/ *HARRY T. GOWER, III*
HARRY T. GOWER, III

Attorneys for Defendants Hons Yung, Tess Cyndecki, Jennifer Ngo-Chan and Linda Gorham

20117566.wpd
SF2008401601

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: ***JACKSON, Ernest and Daily v. C&CSF et al.***

No.: **CGC-08-473739**

I, Anh Ho, declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On June 17, 2008, I served the attached **NOTICE OF ASSIGNMENT OF ATTORNEY FOR DEFENDANTS HONS YUNG; TESS CYNDECKI; JENNIFER NGO-CHAN; AND LINDA GORHAM** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

**John Fitzpatrick Vannucci, Esq.**
**Law Offices of John Fitzpatrick Vannucci**
**120 Montgomery Street, Suite 1600**
**San Francisco, CA 94104**
*Attorney for Plaintiffs*

**Scott Wiener**
**Deputy City Attorney**
**Office of the City Attorney**
**1390 Market Street, 6th Floor**
**San Francisco, CA 94102**
*Attorney for City and County of San Francisco*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 17, 2008, at San Francisco, California.

| Anh Ho | |
|---|---|
| Declarant | Signature |