1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
8  DEPUTY YOUNG (sue herein as "Deputy Young"),
   ANNA PAYNE, AND DON GARCIA

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  ERNEST JACKSON AND DAILY JACKSON, | Case No. CV-08-2588 CW |
| 13 | **PROOF OF SERVICE** |
| 14         Plaintiff, | Trial Date:         None Set |
| 15      vs. | |
| 16  CITY AND COUNTY OF SAN FRANCISCO, HONS YUNG, TESS CYNDEKI, JENNIFER NGO-CHAN LINDA GORHAM, DEPUTY YOUNG, ANNA PAYNE, DON GARCIA, AND DOES 1-40, INCLUSIVE | |
| 19         Defendants. | |

Proof of Service;                                                        n:\lit\li2008\081241\00496554.doc
Jackson, et al. v. CCSF, et al. – USDC No. CV-08-2588 CW

1  I, HELEN LAU, declare that:

2  I am a citizen of the United States, over the age of 18 years and not a party to the within

3  entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building,

4  1390 Market Street, Sixth Floor, San Francisco, California 94102.

5  On July 14, 2008, I served the following document:

6  1.  Order Setting Initial Case Management Conference and ADR Deadlines;

7  2.  Notice of Assignment of Case to a United States Magistrate Judge for Trial; and

8  3.  US District Court Northern California – ECF Registration Information Handout.

9  on the following party:

John Fitzpatrick Vannucci, Esq.
Law Offices of John Fitzpatrick Vannucci
120 Montgomery Street, Suite 1600
San Francisco, CA 94104

Following ordinary business practices, I sealed true and correct copies of the above

documents in addressed envelope(s) and placed them at my workplace for collection and mailing with

the United States Postal Service.  I am readily familiar with the practices of the San Francisco City

Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed

envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States

Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing

is true and correct and that this declaration was executed on July 14, 2008, at San Francisco,

California.

- Signed -

_____
HELEN LAU

1  I, HELEN LAU, declare that:

2  I am a citizen of the United States, over the age of 18 years and not a party to the within

3  entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building,

4  1390 Market Street, Sixth Floor, San Francisco, California 94102.

5  On July 14, 2008, I served the following document:

6  1. Order Setting Initial Case Management Conference and ADR Deadlines;

7  2. Notice of Assignment of Case to a United States Magistrate Judge for Trial; and

8  3. US District Court Northern California -- ECF Registration Information Handout.

9  on the following party:

John Fitzpatrick Vannucci, Esq.
Law Offices of John Fitzpatrick Vannucci
120 Montgomery Street, Suite 1600
San Francisco, CA 94104

Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 14, 2008, at San Francisco, California.

_____
HELEN LAU