AUG/05/2008/TUE 10:51 AM    CA. DEPT. OF JUSTICE    FAX No. 415 703 5583    P. 002

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ERNEST JACKSON and DAILY JACKSON

        Plaintiff(s),

    v.

SF CITY AND COUNTY, et al.

        Defendant(s).

CASE NO. C 08-02588 CW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓  have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  August 26, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| John F. Vannucci | Plaintiffs | (415) 981-7500 | |
| Harry T. Gower | State employees | (415) 703-1336 | harry.gower@doj.ca.gov |
| Scoot D. Wiener | City/County and employees | (415) 554-4283 | scott.wiener@sfgov.org |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8-5-08

                                                               Attorney for Plaintiff

Dated: 8/5/08

                                                              Attorney for Defendant

When filing this document in ECF, please be sure to use the ADR Docket Event entitled

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Jackson v. City & County of S.F., et al.*

United States District Court, Northern District of California, Case No.:   **CV-08-2588 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 5, 2008, I served the attached

**Notice of Need for ADR Phone Conference**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

John Fitzpatrick Vannucci, Esq.
Attorney at Law
Law Offices of John Fitzpatrick Vannucci
120 Montgomery Street, Suite 1600
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 5, 2008, at San Francisco, California.

|  |  |
| --- | --- |
| Emily Tongol | /s/ *Emily Tongol* |
| Declarant | Signature |

40271189.wpd