1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-4283
   Facsimile:    (415) 554-3837
6
   Attorneys for Defendants
7  CITY AND COUNTY OF SAN FRANCISCO,
   ALVIN YOUNG, ANNA PAYNE, AND DON GARCIA
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | ERNEST JACKSON AND DAILY JACKSON, | Case No. CV-08-2588 CW
12 |                                  | **STIPULATION TO REASSIGN CASE FOR ALL PURPOSES TO THE HONORABLE MARIA ELENA JAMES**
13 |        Plaintiff,                |
14 |    vs.                           |
15 | CITY AND COUNTY OF SAN FRANCISCO, HONS YUNG, TESS CYNDEKI, JENNIFER NGO-CHAN LINDA GORHAM, DEPUTY YOUNG, ANNA PAYNE, DON GARCIA, AND DOES 1-40, INCLUSIVE |
16 |                                  |
17 |                                  |
18 |        Defendants.               |

1     The parties hereby agree and stipulate to reassignment of this case for all purposes (including trial and entry of judgment) to the Honorable Maria Elena James, United States Magistrate Judge. The parties agree to reassignment of the case to the Honorable Maria Elena James only and do not agree to reassignment of the case to any other Magistrate Judge.  If the case is not reassigned to Judge James, then this stipulation is null and void, and the case shall remain assigned to the Honorable Claudia Wilken.

Dated:  September 4, 2008

                      DENNIS J. HERRERA
                      City Attorney
                      JOANNE HOEPER
                      Chief Trial Deputy
                      SCOTT D. WIENER
                      Deputy City Attorney


By:/s/ Scott D. Wiener
    SCOTT D. WIENER
    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
    ALVIN YOUNG, ANNA PAYNE, AND
    DON GARCIA


Dated:  September 4, 2008

                      EDMUND BROWN
                      Attorney General
                      HARRY GOWER, III


By:/s/ Harry Gower, III
    HARRY GOWER, III
    Attorneys for Defendants
    HONS YUNG, TESS CYNDEKI, JENNIFER NGO-
    CHAN, AND LINDA GORHAM

1  Dated: September 4, 2008

2                                  LAW OFFICES OF JOHN FITZPATRICK
                                   VANNUCCI
3

4                              By: /s/ John Fitzpatrick Vannucci
5                                  JOHN FITZPATRICK VANNUCCI
                                   Attorneys for Plaintiffs ERNEST JACKSON AND
6                                  DAILY JACKSON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE MAGISTRATE JUDGE                 2                   n:\lit\li2008\081241\00507143.doc
Jackson, et al. v. CCSF, et al. – USDC No. CV-08-2588 CW

1  The parties hereby agree and stipulate to reassignment of this case for all purposes (including
2  trial and entry of judgment) to the Honorable Maria Elena James, United States Magistrate Judge.
3  The parties agree to reassignment of the case to the Honorable Maria Elena James only and do not
4  agree to reassignment of the case to any other Magistrate Judge.  If the case is not reassigned to Judge
5  James, then this stipulation is null and void, and the case shall remain assigned to the Honorable
6  Claudia Wilken.

7  

8  Dated:  September 4, 2008

9  
                         DENNIS J. HERRERA
10                          City Attorney
11                          JOANNE HOEPER
                         Chief Trial Deputy
12                          SCOTT D. WIENER
                         Deputy City Attorney
13 
14                     By:/s/ Scott D. Wiener
15                        SCOTT D. WIENER
                       Attorneys for Defendants
16                        CITY AND COUNTY OF SAN FRANCISCO,
                       ALVIN YOUNG, ANNA PAYNE, AND
17                        DON GARCIA

18 

19 Dated:  September 4, 2008

20 
                         EDMUND BROWN
21                          Attorney General
                         HARRY GOWER, III
22 
23                     By:/s/ Harry Gower, III
24                        HARRY GOWER, III
                       Attorneys for Defendants
25                        HONS YUNG, TESS CYNDEKI, JENNIFER NGO-
                       CHAN, AND LINDA GORHAM
26 
27 
28

1   The parties hereby agree and stipulate to reassignment of this case for all purposes (including
2   trial and entry of judgment) to the Honorable Maria Elena James, United States Magistrate Judge.
3   The parties agree to reassignment of the case to the Honorable Maria Elena James only and do not
4   agree to reassignment of the case to any other Magistrate Judge. If the case is not reassigned to Judge
5   James, then this stipulation is null and void, and the case shall remain assigned to the Honorable
6   Claudia Wilken.
7
8   Dated: September 4, 2008
9                                          DENNIS J. HERRERA
10                                         City Attorney
                                           JOANNE HOEPER
11                                         Chief Trial Deputy
                                           SCOTT D. WIENER
12                                         Deputy City Attorney
13
14                                         By: /s/ Scott D. Wiener
                                           SCOTT D. WIENER
15                                         Attorneys for Defendants
                                           CITY AND COUNTY OF SAN FRANCISCO,
16                                         ALVIN YOUNG, ANNA PAYNE, AND
                                           DON GARCIA
17
18
19  Dated: September 4, 2008
20                                         EDMUND BROWN
                                           Attorney General
21                                         HARRY GOWER, III
22
23                                         By: /s/ Harry Gower, III
                                           HARRY GOWER, III
24                                         Attorneys for Defendants
                                           HONS YUNG, TESS CYNDEKI, JENNIFER NGO-
25                                         CHAN, AND LINDA GORHAM
26
27
28

STIPULATION RE MAGISTRATE JUDGE
Jackson, et al v. DCSF, et al. – USDC No. CV-08-2588 CW

1  Dated: September 4, 2008

2  LAW OFFICES OF JOHN FITZPATRICK VANNUCCI

4  By: /s/ John Fitzpatrick Vannucci
5  JOHN FITZPATRICK VANNUCCI
   Attorneys for Plaintiffs ERNEST JACKSON AND
6  DAILY JACKSON

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

STIPULATION RE MAGISTRATE JUDGE
Jackson, et al. v. CCSF, et al. – USDC No. CV-08-2588 CW

c:\documents and settings\john.jfvlaw\local settings\temporary internet files\olka1\00507143.doc